# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**140**

**CA 16-00986**

PRESENT: CENTRA, J.P., PERADOTTO, CURRAN, TROUTMAN, AND SCUDDER, JJ.

---

VILLAGE OF SCOTTSVILLE, PLAINTIFF-RESPONDENT,

V                                                          ORDER

JOHN MCINTOSH, CANDACE MCINTOSH,
DEFENDANTS-APPELLANTS,
ET AL., DEFENDANT.

---

FRANK A. ALOI, ROCHESTER, FOR DEFENDANTS-APPELLANTS.

THE LAW OFFICES OF PETER K. SKIVINGTON, PLLC, GENESEO (DAVID R. MAGILL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from a judgment and order (one paper) of the Supreme Court, Monroe County (Renee Forgensi Minarik, A.J.), entered September 10, 2015. The judgment and order, inter alia, granted the cross motion of plaintiff for summary judgment and a permanent injunction.

It is hereby ORDERED that the judgment and order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  February 3, 2017                    Frances E. Cafarell
                                              Clerk of the Court